THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Christopher Nesmith, Appellant.
 
 
 

Appeal From Colleton County
Perry M. Buckner, Circuit Court Judge

Unpublished Opinion No. 2005-UP-146
Submitted March 1, 2005  File March 3, 2005

APPEAL DISMISSED

 
 
 
Acting Deputy Chief Attorney Wanda P. Hagler, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Randolph Murdaugh, III, of Hampton, for Respondent.
 
 
 

PER CURIAM:  Christopher Nesmith pled guilty to trafficking in crack cocaine (more than ten grams, less than twenty-eight grams), possession with intent to distribute crack cocaine, resisting arrest, assault with intent to kill, failure to stop for a blue light, and resisting arrest with a deadly weapon.  He was sentenced to ten years for trafficking, ten years for possession with intent to distribute crack cocaine, one year for resisting arrest, ten years for assault with intent to kill, three years for failure to stop for a blue light, and ten years for resisting arrest with a deadly weapon, to run concurrently.  Nesmiths appellate counsel filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved from representation, asserting there are no directly appealable issues of arguable merit.  Nesmith did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.[1]
 APPEAL DISMISSED.
 ANDERSON, BEATTY, and SHORT, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.